# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

     Mark N Davis

     Rosie M Davis

          Debtor(s)

Case No. 14-05600

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/20/2014.

2) The plan was confirmed on 05/01/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/28/2016.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,500.00 | |
| Less amount refunded to debtor | $1,116.00 | |
| **NET RECEIPTS:** | | **$10,384.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,623.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $405.55 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,028.55** |

Attorney fees paid and disclosed by debtor:          $377.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 404.80 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 136.97 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 79.10 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 162.60 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 2.40 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 162.00 | 190.97 | 190.97 | 15.27 | 0.00 |
| ACL LABORATORIES | Unsecured | 174.00 | 175.99 | 175.99 | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 102.00 | 103.52 | 103.52 | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 4,354.40 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 167.80 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 508.30 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 304.25 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 1,798.52 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 266.80 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 1,806.42 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 107.88 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 410.10 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 107.88 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 886.58 | NA | NA | 0.00 | 0.00 |
| AMERICA CASH ADVANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AMERICA CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American Medical COllection Agency | Unsecured | 45.65 | NA | NA | 0.00 | 0.00 |
| AmeriLoan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMIC - Advanced Medical Imaging CT | Unsecured | 1,468.30 | NA | NA | 0.00 | 0.00 |
| Associated Urological Specialists | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN NEUROLOGY LTD | Unsecured | 33.20 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 1,337.69 | 8,356.69 | 668.12 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | Secured | 2,081.00 | 9,100.00 | 2,081.00 | 1,956.47 | 68.61 |
| CAPITAL ONE NA | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Certifed Svc (Original Creditor:Medical) | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1,158.00 | NA | NA | 0.00 | 0.00 |
| CHATHAM DENTAL CARE | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 233.90 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 19,884.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 185,116.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 502.00 | 1,141.85 | 502.00 | 500.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 502.00 | NA | 639.85 | 48.25 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| COL/Debt Collection Systems | Unsecured | 280.25 | NA | NA | 0.00 | 0.00 |
| Collect Sys (Original Creditor:Medical) | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys (Original Creditor:Medical) | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Collection Department | Unsecured | 13.10 | NA | NA | 0.00 | 0.00 |
| Collection Services | Unsecured | 10.40 | NA | NA | 0.00 | 0.00 |
| Collection Services | Unsecured | 119.50 | NA | NA | 0.00 | 0.00 |
| CONTAINCARE | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 83.89 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 800.00 | 1,654.74 | 1,654.74 | 124.76 | 0.00 |
| DIATRI | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 822.76 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| Dr. Lawrence A. White, D.M.D ,M.B.A | Unsecured | 68.90 | NA | NA | 0.00 | 0.00 |
| ed manage | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Emergencey Room Providers SC | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| Emergencey Room Providers SC | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Emergencey Room Providers SC | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Emergency Room Care, SC | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN PARK DENTAL CARE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Every Cash Advance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FRIEND FAMILY HEALTH CENTER | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 819.00 | 25.84 | 25.84 | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 5,325.00 | 6,144.00 | 6,144.00 | 1,742.22 | 282.86 |
| GM FINANCIAL | Secured | NA | 833.50 | 0.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | NA | NA | 833.50 | 62.84 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 441.80 | NA | NA | 0.00 | 0.00 |
| Hillcrest Davidson & A (Original Credito | Unsecured | 3,275.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 254.00 | 254.39 | 254.39 | 19.18 | 0.00 |
| Integrity Solution Services | Unsecured | 377.66 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IUOE Local 399 Health & Welfare Tr | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| IUOE Local 399 Health & Welfare Tr | Unsecured | 918.90 | NA | NA | 0.00 | 0.00 |
| IUOE Local 399 Health & Welfare Tr | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 3,722.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 1,721.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 163.55 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 244.18 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 183.60 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 1,165.03 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 74.70 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 24.30 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4.05 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 8.10 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4.05 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4.05 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4.05 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 205.20 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 16,257.90 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 12,362.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 103.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 202.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 16.20 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 8.10 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 2,790.85 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 138.60 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 338.40 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 59.40 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 13.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 26.10 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 8,498.69 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 105.30 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 100.80 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 103.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 116.10 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 156.60 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 112.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 112.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 98.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 116.10 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 112.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 102.60 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 4,005.29 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 103.50 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 95.40 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 12.60 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 120.82 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 1,395.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 970.95 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFARE | Unsecured | 107.80 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| IUOE LOCAL 399 HEALTH & WELFAR | Unsecured | 269.03 | NA | NA | 0.00 | 0.00 |
| JACQUELINE VOGEL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JENNIFER HUDDLESTON | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 2,019.00 | NA | 2,018.80 | 152.21 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 2,018.80 | 0.00 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial | Unsecured | 528.03 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 223.00 | 223.91 | 223.91 | 16.88 | 0.00 |
| Malcolm S. Gerald & Associates Inc. | Unsecured | 73.30 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau, LLC | Unsecured | 265.90 | NA | NA | 0.00 | 0.00 |
| Midland Orthopedic Associates | Unsecured | 1,840.81 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 11.70 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 747.70 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,395.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT, INC | Unsecured | 127.48 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,883.74 | 1,172.57 | 1,172.57 | 88.41 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 857.00 | 1,119.00 | 1,119.00 | 84.36 | 0.00 |
| PROGRESSIVE LEASING LLC | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE LEASING LLC | Secured | 1,385.00 | 705.00 | 705.00 | 505.86 | 19.15 |
| PROGRESSIVE LEASING LLC | Secured | NA | 705.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 5.60 | NA | NA | 0.00 | 0.00 |
| RCVL PER MNG | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| Sage Medical Group | Unsecured | 18.80 | NA | NA | 0.00 | 0.00 |
| Source Receivables Man (Original Credito | Unsecured | 1,495.00 | NA | NA | 0.00 | 0.00 |
| Southeast Anesthesia Consultants | Unsecured | 56.10 | NA | NA | 0.00 | 0.00 |
| Southeast Anesthesia Consultants | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SOUTHEAST CREDIT | Unsecured | 186.34 | NA | NA | 0.00 | 0.00 |
| State Collection Servi (Original Credito | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Sw Crdt Sys (Original Creditor:11 Comca | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Physician | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 18.17 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 215.18 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 418.38 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 1,806.42 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 3,722.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Secured | 1,721.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 1,836.80 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 229.45 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 12,448.00 | NA | NA | 0.00 | 0.00 |
| Unknown (Original Creditor:Unknown) | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Unknown (Original Creditor:Unknown) | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET CABLE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,225.00 | $3,698.69 | $351.47 |
| All Other Secured | $1,207.00 | $1,005.86 | $19.15 |
| **TOTAL SECURED:** | **$9,432.00** | **$4,704.55** | **$370.62** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$16,769.77** | **$1,280.28** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,028.55 |
| Disbursements to Creditors | $6,355.45 |
| | |
| **TOTAL DISBURSEMENTS :** | **$10,384.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/10/2016                        By: /s/ Tom Vaughn
                                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**